**Order filed April 17, 2012.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-12-00359-CV

————————

## IN RE HEB GROCERY COMPANY, LP, Relator

---

### ORIGINAL PROCEEDING
### WRIT OF MANDAMUS
### 165th District Court
### Harris County, Texas
### Trial Court Cause No. 2011-40738

---

### O R D E R

On April 16, 2012, relator, HEB Grocery Company, filed a petition for writ of mandamus. *See* Tex. Gov't Code Ann. § 22.221. Relator asks this court to order The Honorable Josefina M. Rendon, Judge of the 165th District Court, Harris County, Texas, to set aside her order dated April 4, 2012, entered in trial court cause number 2011-40738, styled *Rebecca Lara v. HEB Grocery Company, LP, d/b/a Houston 42-Gulfgate HEB*. Relator claims the order is void, the trial court abused its discretion in ordering discovery.

It appears from the facts stated in the petition that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. *See* Tex. R. App. p. 52.8(b), 52.10.

We therefore ORDER that the April 4, 2012, order of the court below be stayed with respect to those portions that require relator to produce discovery in trial court cause number 2011-40738, styled *Rebecca Lara v. HEB Grocery Company, LP, d/b/a Houston 42-Gulfgate HEB*.  Such order is stayed until final decision by this court of relator's petition for writ of mandamus, or until further orders of this court.

A response to the petition for writ of mandamus is requested and due **within 14 days** of the date of this order.

PER CURIAM